No. 2012–1558.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2014.

**FORHEALTH TECHNOLOGIES, INC., also known as FHT, Inc., Appellant,**

v.

**INTELLIGENT HOSPITAL SYSTEMS LTD., Appellee.**

No. 2014–1348.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2014.

888

David Leason, Leason Ellis LLP, White Plains, New York, argued for appellant.

Kevin B. Laurence, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., Alexandria, Virginia, argued for appellee. With him on the brief was Greg H. Gardella.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.